Vincent Giordano, Respondent, v. Louis Gold and Louis Gold & Company,

INC., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MECKEN REALTY CORPORATION, Respondent, v. E. F. S. REALTY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOJO REALTY COMPANY, INC., Respondent, v. ESTATE OF ISAAC G. JOHNSON, a Corporation Organized and Existing under the Laws of the State of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.